THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. GLYN SEES, JR., Appellant.— Motion granted and appeal from order of Supreme Court, Erie County, entered September 27, 1961, dismissed on the ground that the order is not appealable.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A. LIPINCZYK, Appellant.— Motion to prosecute appeal on original papers and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON R. BRAGG, JR., Appellant.— Motion granted to prosecute appeal on original papers, typewritten briefs; motion to have counsel assigned denied. Memorandum: It appears that the defendant has in his possession all the papers necessary to prepare and present the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FAUST BLASETTI, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal on original papers, and for other relief, denied. (See People ex rel. Maconi v. Murphy, 11 A D 2d 1095.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SILVA, Appellant.— Motion to prosecute appeal on original papers, and other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD A. MILLER, Appellant.— Motion granted to prosecute appeal on judgment roll, typewritten briefs, and Edward A. Mattioli, Esq., assigned as attorney to conduct appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD SHELDON LEVY, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal on original papers, and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HALL, Appellant.— Application for assignment of counsel denied. Memorandum: On February 22, 1962, we granted to defendant permission to appeal on handwritten papers and denied his application for assignment of counsel. He has now asked that counsel be assigned. We deny that application. All the facts that are involved in this appeal are within his own personal knowledge and there are no documents, records or papers that will be required by defendant for the presentation of the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT SATTLER, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion for leave to prosecute appeal on original papers, and for other relief, denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY LIPSITZ, Appellant.— Motion granted and time for argument of appeal enlarged to include May 1962 Term. If, however, respondent is unable, with reasonable diligence, to file and serve a brief on or before April 26, 1962, such brief may be filed and served on or before June 15, 1962, in which latter event the case shall be argued at the September 1962 Term.

HAROLD LEWIS, Respondent, v. GLORIA LEWIS, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

THE PEOPLE OF THE STATE OF NEW YORK v. ROYCE ALFRED PERRY.— Order of substitution of attorneys entered. (Edward J. Madden, Esq., for John McCormack, Esq.)